**MOVE ORGANIZATION**

v.

**Judge Edwin S. MALMED.**

**Civ. A. No. 82-1200.**

United States District Court, E.D. Pennsylvania.

Jan. 10, 1983.

MOVE ORGANIZATION

v.

UNITED STATES DEPARTMENT OF
JUSTICE, et al.

Civ. A. No. 82–143.

United States District Court,
E.D. Pennsylvania.

Jan. 10, 1983.

Ramona Africa, The Move Organization, Philadelphia, Pa., for plaintiff.

## MEMORANDUM

GILES, District Judge.

The Move Organization brings this civil rights action against Philadelphia Common Pleas Judge Malmed, the City of Philadelphia, and the State of Pennsylvania over Judge Malmed's conduct of a trial which resulted in the conviction of nine Move members. The complaint is utterly frivolous, *inter alia,* because: (1) Judge Malmed has absolute immunity, (2) the state has eleventh-amendment immunity; (3) the only allegations concerning the city and state are that they have "corporate links" to Judge Malmed and enforced judgment; (4) the judgment collectively estops Move.